AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

VIKRAM GILL

*Plaintiff*

v.

IKEBAL S. GILL; GOVIND S. GILL; RANI B. GILL; CUDDY & FEDER, LLP

*Defendant*

Civil Action No.  15-cv-0085-H-JLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Govind S. Gill
> 273 Mill Road
> Rhinebeck, NY 12601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Mitchell
1320 Columbia Street, Suite 200
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  1/15/15



John Morrill
*CLERK OF COURT*

S/                A. Corsello
*Signature of Clerk or Deputy Clerk*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> James C. Mitchell (SBN 87151) <br> The Gilleon Law Firm <br> 1320 Columbia Street, Suite 200 <br> San Diego, CA 92101 <br><br> TELEPHONE NO.: 619.702.8623   FAX NO. *(Optional)*: 619.702.6337 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff Vikran Gill | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> STREET ADDRESS: 221 West Broadway <br> MAILING ADDRESS: 221 West Broadway <br> CITY AND ZIP CODE: San Diego, CA 92101 <br> BRANCH NAME: Southern District of California | |
| PLAINTIFF/PETITIONER: Vikram Gill <br> DEFENDANT/RESPONDENT: Ikebal S. Gill, et al. | CASE NUMBER: <br> 15-cv-0085-H-JLB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Letter

3. a. Party served *(specify name of party as shown on documents served)*: Govind S. Gill

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 273 Mill Road, Rhinebeck, NY 12572

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:       at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | |
|---|---|
| PLAINTIFF/PETITIONER: Vikram Gill | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Ikebal S. Gill, et al. | 15-cv-0085-H-JLB |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid, certified mail, return receipt requested

    (1) on (date): 1/20/2015      (2) from (city): San Diego, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
       [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
       [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
       [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
       [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
       [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                                                    [ ] other:

7. **Person who served papers**
   a. Name: Lisa D. Parker
   b. Address: 1320 Columbia St., Ste. 200, San Diego, CA 92101
   c. Telephone number: 619.702.8623
   d. **The fee for service was:** $
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
         (i) [ ] owner    [ ] employee    [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 12, 2015

Lisa D. Parker            ▶ *Lisa D. Parker*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)